UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLARENCE WAGENAAR, an individual; and KMI ZEOLITE, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NATHAN ROBISON, an individual; DIANE RANEY, an individual; and RAMM CORP; GALTAR, LLC, ROBINSON ENGINEERING, INC., a Nevada Corporation; BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Case No. 2:13-cv-01202-APG-PAL<br><br>**ORDER DISMISSING BUREAU OF LAND MANAGEMENT**<br><br>(Dkt. #24) |

On April 25, 2014, the United States of America, on behalf of the Bureau of Land Management ("BLM"), moved to dismiss the Complaint against the BLM based on insufficiency of service of process. (Dkt. #24.) Plaintiffs have not opposed the motion. Local Rule 7-2(d) provides that the failure to file an opposition "constitute[s] a consent to the granting of the motion." Notwithstanding that rule, I have reviewed the motion on its merits, and good cause exists to grant it. Plaintiffs have failed to properly serve the BLM as required under Fed.R.Civ.P. 4(i).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' Complaint is DISMISSED without prejudice as to the Bureau of Land Management.

Dated: May 27, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE